IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JACQUELINE MORGAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-784-WKW [WO] |
| WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Mortgage, Inc., | ) ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is the Report and Recommendation of the Magistrate Judge. (Doc. # 18.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 18) is ADOPTED;

2. Plaintiff Jacqueline Morgan's Motion to Remand (Doc. # 11) is GRANTED; and

3. This action is REMANDED to the Circuit Court of Montgomery County, Alabama. The Clerk of the Court is DIRECTED to take appropriate steps to effectuate the remand.

DONE this 17th day of May, 2018.

                                     /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE